IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHARON NOWDEN                                                                                    PLAINTIFF

v.                                           No. 4:16-cv-91-DPM

ANITA DAVIS; and ELCO
ADMINISTRATIVE SERVICES                                                           DEFENDANTS

ORDER

Nowden's motion to proceed *in forma pauperis*, № 1, is granted. She has no income and few assets, so she can't afford the filing fee. The Court must screen Nowden's complaint before ordering service. 28 U.S.C. § 1915(e)(2). The complaint needs more. First, Nowden must state grounds for the Court's jurisdiction. FED. R. CIV. P. 8(a)(1). This Court may hear only three kinds of cases: those between citizens of different states in which the disputed matter is worth more than $75,000; those arising under federal law; and those arising in admiralty. 28 U.S.C. §§ 1331–1333. Second, Nowden must give more than just conclusions about ELCO's alleged violation of law. FED. R. CIV. P. 8(a)(2); *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). *How* did ELCO's claim handling violate the law? Third, how was Anita Davis involved? The complaint doesn't say. And fourth, Nowden must state where and how the defendants may be

served with suit papers. What is Davis's address? Who is ELCO's registered agent for service?

Nowden must file an amended complaint addressing these points by 11 March 2016. If she doesn't do so, the Court will dismiss this case without prejudice.

So Ordered.

*DPMHall J.*
D.P. Marshall Jr.
United States District Judge

24 February 2016