IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHARON NOWDEN                                                            PLAINTIFF

v.                              No. 4:16-cv-91-DPM

ANITA DAVIS; and ELCO
ADMINISTRATIVE SERVICES                                           DEFENDANTS

## ORDER

The Court screened Nowden's complaint, held that it didn't state a basis for this Court's jurisdiction or a plausible claim for relief, and ordered Nowden to correct these deficiencies by 11 March 2016. № 3. She hasn't done so. The Court will therefore dismiss her complaint without prejudice. 28 U.S.C. § 1915(e)(2).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 March 2016