IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHARON NOWDEN                                                                     PLAINTIFF

v.                                        No. 4:16-cv-91-DPM

ANITA DAVIS; and ELCO
ADMINISTRATIVE SERVICES                                            DEFENDANTS

JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

14 March 2016